

CC TO JUDGE ___pm___

The Honorable Robert S. Lasnik

CV 02-01635  #00000146

FILED
LODGED
RECEIVED    MAIL

DEC 0 5 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH LUNA and JEANIE LUNA, husband and wife; CARL BENNETT and BRENDA BENNETT, husband and wife; DAVID J. MURPHY and GENEVEVE L. MURPHY, husband and wife; NEIL NELSON and ELSIE L. NELSON, husband and wife; BRYAN THOMSON and JEANNETTE THOMSON, husband and wife, and DANIEL JAMES and MAZIE JAMES, husband and wife, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br>vs<br><br>HOUSEHOLD FINANCE CORPORATION, III, a foreign corporation doing business in the State of Washington; and HOUSEHOLD REALTY CORPORATION, a foreign corporation doing business in the State of Washington, BENEFICIAL MORTGAGE CORPORATION, a Delaware corporation, and other related entities and subsidiaries,<br><br>                                Defendants | No. C02-1635<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>**NOTE ON MOTION CALENDAR:**<br>**DECEMBER 20, 2002**<br><br>**ORAL ARGUMENT REQUESTED** |

9\Plaintiffs' Motion for Preliminary Injunction -1-
C02-1635

F:\RJJ\k-n\ln--jj\p62 wpd
December 4, 2002

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P O BOX 2136
WENATCHEE, WASHINGTON 98807
(509) 662-3551

Plaintiffs, by and through their attorney of record, Robert L. Parlette of Davis, Arneil Law Firm, LLP, move the court for a preliminary injunction pursuant to FRCP 65, enjoining Defendants Household Finance Corporation III, Household Realty Corporation and Beneficial Mortgage Corporation from the following practices until judgment has been rendered by this court on the merits of plaintiffs' causes of action:

1. Initiating a foreclosure action against any Washington borrower who financed a first or second home loan with defendants between January 1, 1999 and present;

2. Proceeding with a foreclosure action that has been initiated by defendants against any Washington borrower who financed a first or second home loan with defendants between January 1, 1999 and present;

3. Threatening any Washington borrower who financed a first or second home loan with defendants between January 1, 1999 and present with a foreclosure action

In support of this motion, plaintiffs submit the following:

1. Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction

2. Declaration of Carol and Robert Walkup in Support of Plaintiffs' Motion for Preliminary Injunction

3. Declaration of Thomas and Janet Foley in Support of Plaintiffs' Motion for Preliminary Injunction

4. Declaration of Bert Henthorn in Support of Plaintiffs' Motion for Preliminary Injunction

5. Declaration of Robert L Parlette in Support of Plaintiffs' Motion for Preliminary Injunction

9\Plaintiffs' Motion for Preliminary Injunction -2-
C02-1635

F \RJJ\k-n\ln--jj\p62 wpd
December 4, 2002

6.    6/22/02 Declaration of Tammy and Mark Houtchens
(originally filed in July, 2002)

7    7/2/02 Declaration of Emma Vaughn
(originally filed in July, 2002)

8    7/2/02 Declaration of Daniel and Michelle Langstaff
(originally filed in July, 2002)

9    7/17/02 Declaration of Joanne Miller
(originally filed in July, 2002)

Carol Walkup is scheduled to lose her home on January 31, 2003. Plaintiffs respectfully request the court consider this date in scheduling oral argument, or deciding, plaintiffs' motion for preliminary injunction.

Wherefore, plaintiffs pray that the court issue a preliminary injunction prohibiting Defendants Household Finance Corporation III, Household Realty Corporation and Beneficial Mortgage Corporation from foreclosing on residential homes in the State of Washington pending judgment by the court on the merits of plaintiffs' causes of action.

DATED this 4th day of December, 2002.

DAVIS, ARNEIL LAW FIRM, LLP

By_____
Robert L. Parlette, WSBA No. 4752
Attorneys for Plaintiffs

9\Plaintiffs' Motion for Preliminary Injunction -3-
C02-1635

F:\RJJ\k-n\ln--jj\p62.wpd
December 4, 2002

## Certificate of Service

I declare under penalty of perjury under the laws of the United States of America that I am of legal age and am not a party or to my knowledge related to a party to this action, and that on the 4th day of December, 2002 I caused a true copy of this document to be served on the following counsel for defendants

| | | |
|---|---|---|
| ☐ | First Class U.S. Mail | Daniel J. Dunne, Jr. |
| ☐ | Certified Mail, Return Receipt Requested | Heller Ehrman |
| ☐ | Facsimile (206) 447-0849 | White & McAuliffe, LLP |
| ☐ | Hand Delivery | 701 Fifth Avenue, Suite 6100 |
| ☒ | Overnight Delivery | Seattle WA 98104-7098 |

Executed at Wenatchee, Washington this 4th day of December, 2002

*Andrea Robertson*

9\Plaintiffs' Motion for Preliminary Injunction -4-
C02-1635

F:\RJJ\k-n\ln--jj\p62.wpd
December 4, 2002

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P O BOX 2136
WENATCHEE WASHINGTON 98807
(509) 662-3551