The Honorable Robert S. Lasnik

02-CV-01635-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH and JEANIE LUNA, husband and wife; CARL and BRENDA BENNETT, husband and wife; and DAVID J. and GENEVEVE L. MURPHY, husband and wife, NEIL and ELSIE L. NELSON, husband and wife, BRYAN and JEANNETTE THOMSON, husband and wife, and DANIEL and MAZIE JAMES, husband and wife, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION, III, a foreign corporation doing business in the State of Washington; and HOUSEHOLD REALTY CORPORATION, a foreign corporation doing business in the State of Washington; BENEFICIAL MORTGAGE CORPORATION, a Delaware corporation, and other related entities and subsidiaries,<br><br>Defendants. | Case No. C02-1635L<br><br>**STIPULATED ORDER UNSEALING CERTAIN DOCUMENTS**<br><br>**CLERK'S ACTION REQUIRED** |

The parties, through their undersigned counsel below, stipulate to entry of an order directing the Clerk of the Court to unseal the following materials:

- Exhibit F to the Declaration of Lori Gale in Opposition to Plaintiffs' Motion for Class Certification (filed March 14, 2003);

STIPULATED ORDER UNSEALING
CERTAIN MATERIALS - 1
C02-1635L

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098

- Declaration of Jon Shrum in Opposition to Motion To Unseal Certain Materials (filed March 24, 2003), and exhibits F and G thereto. All other exhibits to the 3/24/2003 Shrum declaration shall remain filed under seal.

- Declaration of Lori Gale in Opposition to Motion To Unseal Certain Materials (filed March 24, 2003);

- Declaration of Beth Hansgen in Opposition to Motion To Unseal Certain Materials (filed March 24, 2003);

- Exhibits 28 and 30 to Declaration of Daniel J. Dunne, Jr. re Motions for Sanctions, Unauthorized Class Contacts and Opposing Motion To Unseal (filed March 24, 2003) (excerpts from the Depositions of Jon Shrum and Kae Concannon, respectively);

- Defendants' Opposition to Plaintiffs' Motion To Allow Unsealing of Melissa Rutland-Drury Declaration and Household Deposition (filed March 24, 2003);

- Declaration of Lori K. Rath (filed March 7, 2003), and Exhibit A to the Declaration of Lori K. Rath (filed March 7, 2003)(Deposition of Jon Shrum). <u>This stipulation excludes all exhibits to the Rath declaration other than Exhibit A, the deposition transcript of Jon Shrum. In addition, this stipulation excludes Shrum deposition exhibits 1 and 10 from within Rath Exhibit A; these are not subject to this stipulation and shall remain filed under seal</u>;

- Plaintiffs' Motion to Allow Unsealing of Melissa Rutland Drury Declaration and Household Deposition (filed March 7, 2003);

- Exhibits D, E, K and L to the Declaration of Lori K. Rath (filed March 24, 2003);

- Plaintiffs' Reply in Support of Motion to Allow Unsealing of Melissa Rutland-Drury Declaration (filed March 27, 2003);

- Parlette Declaration Ex. 31 (filed March 24, 2003);

- Plaintiffs' Memorandum in Opposition to Defendants' Motion for Sanctions (filed April 7, 2003); and

- Plaintiffs' Memorandum in Opposition to Defendants' Motion for Order Prohibiting Unauthorized Communications with Putative Class Members (filed April 7, 2003).

The parties reserve the right to seek to unseal additional materials by stipulation or motion.

///

///

///

///

STIPULATED ORDER UNSEALING
CERTAIN MATERIALS - 2
C02-1635L

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098

1 | Respectfully submitted this 25th day of July, 2003.

2

3 | HELLER EHRMAN WHITE & McAULIFFE LLP

DAVIS, ARNEIL LAW FIRM, LLP

4

5 | /s/ Daniel J. Dunne, Jr.
Daniel J. Dunne, Jr., WSBA # 16999
Kenneth E. Payson, WSBA # 26369
6 | Darwin P. Roberts, WSBA # 32539

/s/ Robert L. Parlette by NP
Robert L. Parlette, WSBA #4752
Rick Jerabek, WSBA #31986

7 | Attorneys for Defendants

8

RIDDELL WILLIAMS P.S.

9

10 | /s/ Michael
Anthony L. Rafel, WSBA #13194
11 | Michael Pierson, WSBA #15858
Lori K. Rath, WSBA #29472

12

Attorneys for Plaintiffs

13

14 | It is so ORDERED. The Clerk is directed to unseal the foregoing materials.

15 | DATED this 30 day of July, 2003.

16

17 | /s/ Robert S. Lasnik
18 | Honorable Robert S. Lasnik
United States District Judge

19

20 | SE 534201 v4
7/22/03 4:31 PM (21572.0075)

21

22

23

24

25

26

27

28

STIPULATED ORDER UNSEALING
CERTAIN MATERIALS - 3
C02-1635L

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098