The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH and JEANIE LUNA, husband and wife;
CARL and BRENDA BENNETT, husband and
wife; and DAVID J. and GENEVEVE L.
MURPHY, husband and wife, NEIL and ELSIE L.
NELSON, husband and wife, BRYAN and
JEANNETTE THOMSON, husband and wife, and
DANIEL and MAZIE JAMES, husband and wife,
and on behalf of themselves and all others similarly
situated,

                                    Plaintiffs,

          v.

HOUSEHOLD FINANCE CORPORATION, III, a
foreign corporation doing business in the State of
Washington; and HOUSEHOLD REALTY
CORPORATION, a foreign corporation doing
business in the State of Washington; BENEFICIAL
MORTGAGE CORPORATION, a Delaware
corporation, and other related entities and
subsidiaries,

                                    Defendants.

Case No. C02-1635L

STIPULATION AND ORDER
REGARDING PRODUCTION OF
CONFIDENTIAL DOCUMENTS

**CLERK'S ACTION REQUIRED**

## I.   STIPULATION

Defendant Household Finance Corporation has been sued by Melissa Rutland-Drury,

the former manager of its Bellingham branch office, in a separate action (*Rutland-Drury v.*

*Household International, Inc., et al.*, No. CV4-941C (W.D. Wash.)).  The parties to this action

STIPULATION AND ORDER RE PRODUCTION
OF CONFIDENTIAL DOCUMENTS -- 1
C02-1635L

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900

1  hereby stipulate that Household may produce confidential documents from *Luna, et al. v.*

2  *Household Finance Corporation III, et al.*, including pleadings and materials that have been

3  filed under seal, in response to valid discovery requests served by Ms. Rutland-Drury in

4  *Rutland-Drury v. Household Int'l, Inc., et al.*, and subject to an appropriate protective order.

5

6  Respectfully submitted this 15th day of November, 2004.

7  HELLER EHRMAN WHITE & McAULIFFE LLP

8

9  By /s Darwin P. Roberts _____
   Daniel J. Dunne, Jr., WSBA # 16999

10  Kenneth E. Payson, WSBA # 26369
    Darwin P. Roberts, WSBA # 32539

11

12  Attorneys for Defendants Household International, Inc.,
    Household Finance Corporation III, Household Finance

13  Corporation, and Beneficial Mortgage Corporation

14

15  DAVIS, ARNEIL LAW FIRM, LLP

16

17  By /s Rick Jerabek _____
    Robert L. Parlette, WSBA #4752

18  Rick Jerabek, WSBA #31986
    Attorneys for Plaintiffs Joseph and Jeanie Luna, *et al.*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE PRODUCTION
OF CONFIDENTIAL DOCUMENTS -- 2
C02-1635L

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900

1

2
## II. ORDER

3          Having considered the foregoing Stipulation, IT IS HEREBY ORDERED that

4 Household may produce confidential documents from this action, including pleadings and

5 materials that have been filed under seal, in response to valid discovery requests served by Ms.

6 Rutland-Drury in *Rutland-Drury v. Household Int'l, Inc., et al.*, and subject to an appropriate

7 protective order.

8

9          DATED this _____ day of _____, 2004.

10

11

12                              _____
                                Robert S. Lasnik
13                              United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE PRODUCTION          Heller Ehrman White & McAuliffe LLP
OF CONFIDENTIAL DOCUMENTS -- 3               701 Fifth Avenue, Suite 6100
C02-1635L                                    Seattle, Washington  98104-7098
                                             Telephone (206) 447-0900

1

2                          <u>CERTIFICATE OF SERVICE</u>

3          I hereby certify that on November 15, 2004, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

5   following:

6   Robert L. Parlette
7   Rick Jerabek
    Davis, Arneil Law Firm, LLP
8   617 Washington Street
    P.O. Box 2136
9   Wenatchee, Washington 98807
10  Attorneys for Plaintiffs

11         Signed at Seattle, Washington this 15th day of November, 2004.
12
                                        <u>s/ Darwin P. Roberts</u>
13                                      Darwin P. Roberts, WSBA #32539
                                        Attorneys for Defendants
14                                      Heller Ehrman White & McAuliffe LLP
                                        701 5th Avenue, Suite 6100
15                                      Seattle, WA  98104
                                        Telephone: (206) 447-0900
16                                      Fax:  (206) 447-0849
                                        Email: droberts@hewm.com
17

18

19

20

21

22

23

24  SE 2063162 v1
    11/15/04 4:46 PM (21572.0075)
25

26

27

28

STIPULATION AND ORDER RE PRODUCTION                 Heller Ehrman White & McAuliffe LLP
OF CONFIDENTIAL DOCUMENTS -- 4                      701 Fifth Avenue, Suite 6100
C02-1635L                                           Seattle, Washington  98104-7098
                                                    Telephone (206) 447-0900